UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARCLAYS CAPITAL INC., a Connecticut corporation,<br><br>　　　　　　　Petitioner,<br>　vs.<br><br>ZAMIR SIDDIQI, an individual,<br><br>　　　　　　　Respondent. | Civil Case No. 2:12-cv-09553-JAK-AGR<br><br>[Related to Civil Case No. 2:13-cv-00634-JAK-AGR]<br><br>**JUDGMENT**<br><br>JS-6 |

　　　IT IS HEREBY ADJUDGED and DECREED that judgment is entered in conformity with the arbitration award (the "Award") issued by the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution arbitration panel in the binding arbitration between Petitioner Barclays Capital Inc. ("Barclays") and Respondent Zamir Siddiqi ("Siddiqi"), entitled *Barclays Capital Inc. v. Zamir Siddiqi,* FINRA Arbitration Case No. 10-02107, as follows:

　　　1.　　Judgment is awarded in favor of Barclays and against Siddiqi in the amount of the Award in the sum of $3,539,060.53; and

　　　2.　　Siddiqi shall pay Barclays post-judgment interest on the amount of $3,268,616.58 at 2.97% per annum (daily interest amount of $265.96)

JUDGMENT

from December 6, 2012 until such amount is paid in full.

IT IS SO ADJUDGED and DECREED.

Dated:  October 29, 2013

_____
The Honorable John A. Kronstadt
United States District Court for the
Central District of California